# EXHIBIT A

**David Matesic**

| | |
|---|---|
| From: | Janine Colonello <jcolonello@kwpmc.com> on behalf of Janine Colonello |
| Sent: | Friday, December 18, 2020 5:31 PM |
| To: | thepalms2100@kwpmc.com |
| Subject: | Important Privacy and Construcion Alert |

# THE PALMS
### Tower One Condominium Association, Inc.
### *Important Privacy and Construction Alert*

December 18, 2020

Dear Members:

We hope this letter finds you and your loved ones safe, healthy, and enjoying the holiday season. Following is an important privacy and construction alert. Recently, Tower One's members were subjected to at least two email blasts from a disgruntled owner disparaging the Association, its directors, the construction project, and its associated professionals with incorrect statements and facts. These unsolicited emails blasts to owners visibly listed each member's email address causing serious privacy and security concerns for everyone. Neither the Association nor its management was the source of our owners' email addresses and the method of obtainment by the owner remains unknown. The Association and management staff take your privacy and security seriously. We advise all members to check and consider updating their computer's security and privacy settings. Please contact the property manager if you would like to change your email address for obtaining **official** Association notices in the future.

## *In regards to the contents of the unsolicited emails*

The Association and the professionals working on the construction project to repair Hurricane Irma damage have spent many hours responding to this owner. The Association also expended time and money to gather documents demanded by the owner. The Owner never reviewed this information, and invitations to meetings with construction professionals were rebuffed. Instead, the owner continues to regurgitate the same questions and in most cases inaccurate, misleading and or out of context conclusions acting as if the Association did not expend its limited time and resources to provide all of the documents requested and answers all of the questions posed, more than once.

As most of you know, approximately once a month DSSC hold townhall style, question and answer sessions updating those in attendance (virtually) on the construction project. Moving forward, a brief summary of each such meeting will be sent to Tower One residents. Additionally, attached is the DSSC construction schedule and budget for your review and comment. For continual up-to-date information please visit https://websites.kw-ic.com/thepalms/ .
Additionally, DSSC Project Manager Michael Pou, michael@dsscondo.com , KWPMC Palms Management sforcinio@kwpmc.com and Tower 1 President Dave Matesic, David@Matcondiamond.com , welcome your comments and all concerns regarding every aspect of the project and promise a timely reply to any owners questions.

1

Please review the attached documents and visit the website so you can gain a sense of the enormous progress the Association has made in restoring The Palms back to its original glory.

If you have any questions or concerns after you review the attached documents or website, please write them down and present them to the construction professionals at the next monthly town hall meeting. Your participation and voice are necessary and important. We hope you take the time and stay involved so you are continually aware of all the facts and positive developments regarding the construction project.

Construction projects of this magnitude are always an enormous burden, expense, and inconvenience for those living among its orderly chaos. The Association wants you to know it is continuing to do all it can to make this process as least intrusive as it can. Please contact management for day to day issues with operations and DSSC with questions, concerns, or comments regarding day-to-day issues with the construction.

2020 been an unusually tough year for all of us. Sending unsolicited blast emails with incorrect statements and facts regarding one of our most precious investments, our homes, unnecessarily adds to everyone's level of stress and discord. As we move forward to a better and brighter 2021, we hope everyone considers contributing to the Association and our residents in a meaningful and positive way.

Best wishes for a happy and safe holiday season to you and all of your loved ones.

Sincerely,
Board of Directors
The Palms 2100 Tower One Condominium Association, Inc.