UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61032-CIV-ALTMAN/Hunt

**FREDERIC BLOCK**,

    *Plaintiff*,

v.

**DAVID MATESIC**, *et al.*,

    *Defendants*.

_____/

## ORDER

The Defendants filed a Joint Motion to Dismiss [ECF No. 29] (the "Motion"). The Court held a hearing on the Motion on October 26, 2021. For the reasons stated in open court, the Court hereby

**ORDERS AND ADJUDGES** as follows:

1. The Motion [ECF No. 29] is **GRANTED in part and DENIED in part**. *First*, the Amended Complaint [ECF No. 24] is a shotgun pleading in that it rolls *all* preceding paragraphs into each count. *Second*, the Amended Complaint has failed to state a claim of defamation *per quod* (Count II), because it hasn't plausibly alleged special damages. In all other respects, the Motion is denied. The Amended Complaint is, therefore, **DISMISSED without prejudice and with leave to amend**.

2. By **November 5, 2021**, the parties shall conduct a one-hour *informal settlement conference*. The parties are not required to attend personally, so long as the parties are available by phone to give final authorization should counsel near a settlement. By the same date, the parties shall file a Notice of Settlement (or Non-Settlement) on the docket, which shall indicate the following: (a) whether the parties have complied with this Order; (b) whether the parties have settled this case on the merits; and (c) whether the parties have settled as to attorneys' fees and costs.

3. By **November 16, 2021**, the Plaintiff shall file a Second Amended Complaint.

4. Failure to comply with this Order will result in sanctions, including dismissal without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 26th day of October 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record