UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cv-61032-RKA

FREDERIC BLOCK,

        Plaintiff,

v.

DAVID MATESIC, CANDYCE ABBATT and
JOSHUA GERSTIN, in their individual capacities,

        Defendants.
_____/

## JOINT NOTICE AND STATUS UPDATE REGARDING MEDIATION

Plaintiff, FREDERIC BLOCK, and Defendants, DAVID MATESIC, CANDYCE ABBATT, and JOSHUA GERSTIN, by and through their respective undersigned counsel, hereby give notice to the Court and provide the following status update with regard to mediation and compliance with this Court's Order Scheduling Mediation [D.E. 49], and state as follows:

1. Upon Plaintiff's filing of the Notice of Selection of Mediator [D.E. 48], on September 14, 2021 this Court entered an Order [D.E. 49] scheduling mediation in this case to be held before Joshua M. Entin on January 19, 2022 at 10:00 a.m. via video conference.

2. Due to his required attendance at a trial, Mr. Entin was unable to conduct the parties' mediation on January 19, 2022.

3. The parties are currently working with Mr. Entin's office to schedule a new mediation date.

4. The parties will notify the Court immediately once a new mediation date has been confirmed.

Respectfully submitted this 19th day of January 2022.

          **KAUFMAN DOLOWICH & VOLUCK, LLP**
          100 SE 3rd Avenue, Suite 1500
          Fort Lauderdale, Florida 33394
          Telephone: (954) 302-2360
          Facsimile: (888) 464-7982
          *Attorneys for Defendants- David Matesic and Candyce Abbatt*

          */s/ Barbara R. Schabert*
          **Avery A. Dial, Esq.**
          Florida Bar No.: 732036
          adial@kdvlaw.com
          **Barbara R. Schabert, Esq.**
          Florida Bar No.: 121421
          bschabert@kdvlaw.com

          **WIGDOR LLP**
          85 Fifth Avenue
          New York, New York 10003
          Telephone: (212) 257-6800
          *Attorney for Plaintiff*

          */s/Valdi Licul*
          **Valdi Licul, Esq.**
          vlicul@wigdorlaw.com
          **John S. Crain, Esq.**
          jcrain@wigdorlaw.com

          **KAPLAN ZEENA LLP**
          2 South Biscayne Blvd.
          Suite 3050
          Miami, Florida 33133
          Telephone: (305) 530-0800
          Facsimile: (305) 530-0801
          *Attorneys for Joshua Gerstin*

          */s/ James M. Kaplan*
          **James M. Kaplan, Esq.**
          Florida Bar No.: 921040
          James.kaplan@kaplanzeena.com
          **Maria Kimijima, Esq.**

                                        Florida Bar No.: 115504
                                        María.kimijima@kaplanzeena.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed through CM/ECF this 19th day of January 2022, and thereby was served upon counsel of record.

                                        */s/ Barbara R. Schabert*
                                        Barbara R. Schabert, Esq.