**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO. 0:21-cv-61032-RKA**

FREDERIC BLOCK,

     Plaintiff,

v.

DAVID MATESIC,
CANDYCE ABBATT, and
JOSHUA GERSTIN,

     Defendants.

_____/

**DEFENDANT JOSHUA GERSTIN'S NOTICE OF SERVICE OF**
**PROPOSAL FOR SETTLEMENT TO PLAINTIFF FREDERIC BLOCK**

Defendant, JOSHUA GERSTIN ("Gerstin"), by and through undersigned counsel, and

pursuant to Florida Statute § 768.79 and Florida Rule of Civil Procedure 1.442, hereby gives notice

of serving Gerstin's Proposal for Settlement to Plaintiff, FREDERIC BLOCK.

Dated this 28th day of March 2022.

                                     Respectfully submitted,

                                     **KAPLAN ZEENA LLP**
                                     *Attorneys for Joshua Gerstin*
                                     2 South Biscayne Boulevard
                                     Suite 3050
                                     Miami, Florida 33131
                                     Telephone: (305) 530-0800
                                     Facsimile: (305) 530-0801

                                     By: */s/ James M. Kaplan*
                                     JAMES M. KAPLAN
                                     Florida Bar No.:921040
                                     james.kaplan@kaplanzeena.com
                                     elizabeth.salom@kaplanzeena.com
                                     service@kaplanzeena.com

CASE NO. 0:21-cv-61032-RKA

MARIA KIMIJIMA
Florida Bar No.:115504
maria.kimijima@kaplanzeena.com
marlen.cabo@kaplanzeena.com
maria.escobales@kaplanzeena.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 28th day of March 2022, a true and correct copy of the foregoing was served via CM/ECF to: **Douglas H. Wigdor, Esq., Valdi Licul, Esq., and John S. Crain, Esq.,** Wigdor LLP, 85 Fifth Avenue, New York, NY  10003, dwigdor@wigdorlaw.com; vlicul@wigdorlaw.com; and jcrain@wigdorlaw.com; **Joseph R. Fazio, III, Esq**., The Law Offices of Joseph R. Fazio, P.A., 633 South Andrews Avenue, Fort Lauderdale, FL  33301; jfazio@jfaziolaw.com; *Counsel for Plaintiff*; and **Avery Dial, Esq.,** Kaufman Dolowich & Voluck LLP, 100 SE 3rd Ave., Suite 1500, Fort Lauderdale, FL 33394; adial@kdvlaw.com; *Counsel for Defendants David Matesic and Candyce Abbatt*.

By: */s/ James M. Kaplan*
JAMES M. KAPLAN

- 2 -