**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

-------------------------------------------------------X
FREDERIC BLOCK,

                    Plaintiff,

        v.

DAVID MATESIC, CANDYCE ABBATT
and JOSHUA GERSTIN, in their individual
capacities,

                    Defendants.
-------------------------------------------------------X

Civil Case No. 21-cv-61032-RKA

## PLAINTIFF FREDERIC BLOCK'S UNOPPOSED MOTION TO EXTEND TIME TO COMPLETE MEDIATION

Plaintiff Frederic Block ("Plaintiff"), by and through his undersigned counsel, hereby files this unopposed motion to extend the parties' time to complete mediation.

1. We write with the consent of all parties to respectfully request an extension for the parties to complete mediation and submit a report to the court. This is the parties' first request for an extension of the mediation report deadline.

2. Good cause exists for the extension of this deadline to accommodate the parties' negotiations to reschedule and choose a mutually agreeable mediator, which they have been pursuing diligently. After scheduling a mediation with Joshua M. Entin and filing their Notice of Mediator Selection & Scheduling on September 1, 2021, on January 6, 2020, Mr. Entin's office informed the parties that he had a scheduling conflict on this date.

3. After several attempts to find a mutually agreeable date, the parties learned on February 14, 2022 that Mr. Entin's office would likely be unavailable until well into April. At this time, counsel for Mr. Gerstin, James Kaplan, suggested that the parties find a dedicated mediator to help resolve the case.

4. After further discussions, the parties were able to agree on Hon. Thomas Scott. Hon. Scott's office has informed us, however, that he will be unavailable until a date in June. The parties therefore respectfully request an extension until July 1, 2022 to complete mediation and submit a report of mediation to the Court.

**LOCAL RULE 7.1(3) CERTIFICATION**

The undersigned counsel hereby certifies that it has conferred in writing with all Parties who may be affected by the relief sought in the motion and counsel for Defendants do not object to the relief sought.

WHEREFORE, Plaintiff Frederic Block respectfully requests that this Honorable Court extend until July 1, 2022, the parties' time to complete mediation and file a report of mediation.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing on this day the 8th day of April 2022, with the Clerk of Court using the CM/ECF system which automatically sends a notice of electronic filing to all counsel of record.

Dated: April 8, 2022
      Fort Lauderdale, Florida

Respectfully submitted,

**THE LAW OFFICES OF**
**JOSEPH R. FAZIO, P.A.**

By:   */s/ Joseph R. Fazio, III*
      Joseph R. Fazio, III
      (Bar No. 0005983)

633 South Andrews Avenue
Fort Lauderdale, FL 33301
Telephone: (954) 463-0585
Facsimile:  (954) 767-9461
jfazio@jfaziolaw.com

**WIGDOR LLP**

    Douglas H. Wigdor
    (admitted *pro hac vice*)
    Valdi Licul
    (admitted *pro hac vice*)
    John S. Crain
    (admitted *pro hac vice*)

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
dwigdor@wigdorlaw.com
vlicul@wigdorlaw.com
jcrain@wigdorlaw.com

*Counsel for Plaintiff Frederic Block*