# EXHIBIT 1

```
                    UNITED STATES DISTRICT COURT

                    SOUTHERN DISTRICT OF FLORIDA

                            MIAMI DIVISION

                    CASE NO. 21-61032-CIV-RKA


FREDERIC BLOCK,                  .
                                 . Miami, Florida
            Plaintiff,           .
                                 . June 9, 2022
       v.                        . 12:31 p.m.
                                 .
DAVID MATESIC, ET AL.,           .
                                 .
            Defendants.          .
. . . . . . . . . . . . . . . . ..


                          - - - - -

            Transcript of Zoom Status Conference had

               before the Honorable Roy K. Altman,

                  United States District Judge.

                          - - - - -
```

Proceedings recorded by mechanical stenography, transcript produced by computer.

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(305)301-3276

```
APPEARANCES:

For the Plaintiff:      Valdi Licul, Esq.
                        Wigdor LLP, P.A.
                        85 Fifth Avenue
                        New York, NY  10003

For the Defendants      Avery A. Dial, Esq.
Matesic and Abbatt:     Kaufman Dolowich & Voluck, LLP
                        One SE 3rd Avenue
                        Suite 1500
                        Fort Lauderdale, Florida  33394

For the Defendant       James M. Kaplan, Esq.
Gerstin:                Kaplan Zeena LLP
                        Two South Biscayne Boulevard
                        Suite 3050
                        Miami, Florida  33131

Court Reporter:         Francine C. Salopek, RMR, CRR
                        Official Court Reporter
                        United States District Court
                        299 E. Broward Blvd., Room 207
                        Fort Lauderdale, Florida 33301
                        (305)301-3276

                        - - - - -
```

```
 1              THURSDAY, JUNE 9, 2022, 12:31 P.M.
 2         THE COURT:  All right.  Next case is the Block case.
 3         Who's here from the plaintiff?
 4         MR. LICUL:  Good afternoon, Your Honor.  Valdi Licul
 5  and John Crain for Judge Block.
 6         Just to note, Your Honor, Judge Block was here for a
 7  bit but had to leave because he's actually presiding over a
 8  trial and had to get back to his jury.  So he sends his
 9  apologies for having to leave.
10         THE COURT:  No problem.  His presence is not
11  necessary.  It's just a status conference.  Nice to see you,
12  sir.
13         Who's here for the defendants?
14         MR. DIAL:  Good afternoon, Your Honor.  Avery Dial on
15  behalf of Defendants Block and Matesic.
16         THE COURT:  Good afternoon.
17         MR. KAPLAN:  And Jim Kaplan, Your Honor, on behalf of
18  Defendant Gerstin.
19         THE COURT:  Good afternoon to you.
20         All right.  So -- and who's Mr. Crain here for?  I see
21  Mr. Crain.
22         MR. LICUL:  Mr. Crain is here with me.
23         THE COURT:  Okay.
24         All right.  Look, I brought you in because -- I'm just
25  going to be transparent -- it's a silly case.  It's -- I got a
```

1  lot of cases, not many are this silly.  Okay?
2            And I thought for sure it was going to resolve at
3  mediation.  And I was -- I'm -- Judge Block could correct me if
4  I'm wrong, but the judiciary, we get it right most of the time,
5  but I didn't pick a winner on this one.  I thought it would
6  resolve, and it did not resolve, and I was both disappointed
7  and surprised.
8            And I don't know how close you all were.  I certainly
9  don't want you to give me any specific details about that, but
10 this case needs to settle.  Right?  I mean I think you all as
11 lawyers understand that.  I see you nodding your heads.  So I'm
12 not out to left field here.
13           I want to help you do that, right, because I wouldn't
14 be doing my job if I weren't doing that.  And I'm here to
15 brainstorm with you all about how we might accomplish that.
16           Now, if Mr. Block, Judge Block is asking for
17 ten trillion dollars because he was not mentioned in an email
18 to his condo association, this case is never going to settle.
19 Okay?
20           But if something along the lines of reason is being
21 discussed, I want to make it happen.  And I don't know what the
22 next step might be.  I'll give you some options.  Of course, we
23 can go back to the mediator, we can go to a new mediator if you
24 didn't like this mediator, we could ramp things up by going in
25 front of my magistrate judge for a formal settlement

1  conference.  I don't know how you all would feel about that.
2  I'm just proposing certain things that might be useful to you
3  all.  But I've been talking a long time.  You understand why
4  you're here and my feelings on this thing.
5         I'll hear from the plaintiff first.
6         MR. LICUL:  Your Honor, we appreciate the sentiment,
7  certainly.  We are apart.  I won't quantify it --
8         THE COURT:  We are what?
9         MR. LICUL:  We are apart on the value of this.  I
10 won't quantify it --
11        MR. KAPLAN:  We are fairly far apart.
12        THE COURT:  See, that's what I don't understand.  You
13 know, I mean let's -- you remember, I ruled on the motion to
14 dismiss the first time.  Okay?  I don't know what this case is
15 worth, but it's not a lot.  Okay?  So -- I know Judge Block is
16 a federal judge too, but I'm the one wearing the robe in this
17 one.  And so, you know, are you going to survive the motion to
18 dismiss?  Maybe some parts.  I don't know.  I haven't dug deep
19 into it yet.  You heard a lot of my thoughts about it the first
20 time around.  But now a lot of arguments that the defense could
21 have raised the first time around but didn't -- and I mentioned
22 them -- have been raised.  So it's a different posture.
23        So you can't just think to yourself, Oh, we won the
24 first motion to dismiss, so we are going to win the second one.
25 Not necessarily true.  That doesn't mean, Mr. Kaplan, that

1    you're going to win this time around.  It just means that it's
2    game 7, right?  One side won game 6 doesn't mean you're going
3    to win game 7.  Sadly, I learned that the hard way a week ago.
4    Okay?  So that's my feeling on the motion to dismiss.
5           On the merits of the case, let's say you get past the
6    motion to dismiss, so they sent an email that may obliquely
7    have referenced you.  Get over it.  How much money could we
8    possibly be asking for?
9           I would have thought a little letter with an apology
10   from the board -- we're sorry that we offended you, Your Honor,
11   and you've given great years of service to our country and
12   we're super grateful -- would be sufficient.
13          But you know what?  Obviously, it's your job to beef
14   up your damages case.  I just -- from everything I've read in
15   the case -- and I'm not prejudging it, but I did spend a ton of
16   time on it -- I just don't see it.
17          So if you were to come to me and tell me, "We're
18   apart," like plaintiff's lawyer just said, I would say, "Of
19   course, you're apart, you've impassed."  But how far apart can
20   we be?  A hundred bucks?  A thousand bucks?  A letter of
21   apology that doesn't quite call him "Your Honor" enough times,
22   whatever it is, let's try to send him to a magistrate judge and
23   fix it, bridge that gap.
24          But when you come to me and say, "We are far apart," I
25   mean I don't understand what that means in a case involving an

1    email.  It's not like the email said that he was a pedophile or
2    some other horrible thing, like the kinds of defamation cases
3    we see here that really need to be looked at and where the
4    damages can really be severe.  It's just an email that says
5    this agrees with his view of a particular housing situation.
6            So you've heard me loud and clear.  I'm a little
7    disappointed that the audio system took so long, because I know
8    you know all these things.  You're a lawyer; you're just doing
9    your job.  The one who needs to hear it is the plaintiff.  And
10   I want you to order the transcript and show it to him, if
11   that's what you think would be helpful.  Because one thing is
12   to litigate a case at a principle.  And I am -- look, devoted
13   my life to public service, just like he has, believe in
14   principle, believe in the First Amendment, I believe in it.
15           But another thing is to burden lawyers, to burden
16   parties, to burden human beings with litigation in federal
17   court, very expensive, very time-consuming, very emotional,
18   right?  We know it.  We live in the system, so we're --
19   somewhat we're inoculated to it, but if you know people who've
20   been in it, you know how hard it can be on them and their
21   families.  It's just a whole other thing about what we're
22   talking about here, to weigh it all down for that email, what
23   that email said and didn't say.  It's just my view of the case.
24           So I really hope that we can bridge whatever the gap
25   is.  I don't know what "a lot" means or "far apart" means.  I

1    often laugh, by the way, when people say "far apart."  I had a
2    case where, when I was a lawyer, I was asking for $500 million.
3    And the defense lawyer offered $25 million, which my client
4    said meant "we're very far apart."  Now, we settled that case.
5    So I don't think you guys are that far apart.  And you know
6    you're going to settle this case.  I mean you know that.  So
7    the only difference between settling this case now and settling
8    it six months from now after summary judgment -- and discovery
9    is, what, a million dollars in lawyers' fees or something close
10   to it now.  What does federal litigation cost these days?
11           So I just don't think that's anyone's conception of
12   justice.  Now, if you want me to rule on the motion to dismiss,
13   I will.  I mean, I'm happy to do it.  You know I ruled on the
14   first one.  That's my job.  I'm just trying to help the parties
15   out as best as I can.
16           So let me hear from you, Mr. Kaplan.
17           MR. KAPLAN:  We'll work, I think, very hard with our
18   clients, all of us, at mediation.  I don't know that a
19   different mediator is the answer.  We worked hard, we got rid
20   of the original mediator, and we hired Judge Scott.
21           THE COURT:  Judge?
22           MR. KAPLAN:  Thomas Scott.
23           THE COURT:  Oh, Judge Scott.  I forgot that you hired
24   Tom.
25           MR. KAPLAN:  So --

```
 1            THE COURT:  Yeah, if Tom can't get it done, my
 2   magistrate judge isn't going to get it done.
 3            The only thing my magistrate judge can add is, he
 4   knows me well, he knows what I like, what I don't like, what I
 5   think about things, and he might be able to add that
 6   perspective that -- Judge Scott, I don't know him so well.
 7            MR. KAPLAN:  So I'll throw this out.  I don't even
 8   know if it's possible.  Judge Scott knows the case; your
 9   magistrate knows you.  Perhaps they can work together.
10            THE COURT:  That's a great -- I like that idea.
11   That's an interesting idea.  I've never thought of that before.
12   I don't know.  I honestly don't know.
13            MR. KAPLAN:  If it's something that could be done,
14   we'd sign on for it right now.
15            THE COURT:  Mr. Dial, let me hear from you.
16            MR. DIAL:  I like Mr. Kaplan's idea.  And I would --
17   I'd recommend that to my client in a second.  I would welcome
18   the opportunity to sit back down.
19            THE COURT:  You guys willing to sign a letter, your
20   clients, apologizing and sending it to the whole community?
21   You guys willing to do something like that?
22            MR. KAPLAN:  I represent Mr. Gerstin.  He was the
23   attorney for the board.  So I don't know what status he has.  I
24   would call him about it, certainly.
25            THE COURT:  I couldn't hear you.
```

```
 1            MR. KAPLAN:  I would talk to him about that,
 2   certainly.
 3            THE COURT:  Okay.  But that's not what we're talking
 4   about right now, is what we're saying.
 5            MR. KAPLAN:  Right.  It's the other defendants,
 6   Mr. Dial's clients who are on the board.
 7            THE COURT:  Mr. Dial?
 8            MR. DIAL:  I know that -- I know my client's position
 9   as of now is that they -- well, that they would not participate
10   in an apology letter.  But, of course, I would discuss that
11   with them.
12            MR. KAPLAN:  In fairness, they're not presently on the
13   board.  Maybe the current board has a different point of view.
14            THE COURT:  Yeah, but they are defendants here.
15            MR. KAPLAN:  We're talking about settlement, though.
16            THE COURT:  We're talking about --
17            MR. KAPLAN:  A settlement.
18            THE COURT:  -- doing something that stops you from
19   paying more lawyers' fees.  I would think that that would be
20   front-of-mind concern.  I don't know, maybe they're as rich as
21   Elon Musk and don't care.
22            MR. KAPLAN:  We would have heard about it by now.
23            THE COURT:  Yeah.
24            Let me hear from the plaintiff.  What do you think of
25   that idea about maybe having them both in the room at the same
```

1   time?

2           MR. LICUL:  I think it's a good idea.  He would be on
3   board, subject to talking to our client, but certainly would
4   recommend it.

5           And just to be clear, I didn't say -- it wasn't my
6   intent to say we were far apart.  I said we're apart.

7           THE COURT:  No, I know.  Then Mr. Kaplan said you were
8   far apart.

9           MR. LICUL:  That's right.  I didn't know whether he
10  misheard me or whether that was his impression.  But I've
11  certainly bridged bigger gaps.  Let's just say that.

12          And we would be willing to -- you know, Judge Scott we
13  think did a wonderful job.  And, frankly, you know, I think
14  there's more to talk about.  So I would be in favor of having
15  that kind of construct.

16          And certainly we do not take anything for granted on
17  this side.  In other words, we do not assume to know, Judge,
18  what you will write or say, other than what you've already
19  written and said.  I don't -- you know, whenever I do that, I
20  get in trouble.  So we understand what you're saying.

21          THE COURT:  Okay.  Look, I think this was a productive
22  hearing, even if no one else does.  I think that -- I've heard
23  from the lawyers, in any event, that there's some appetite for
24  continuing to discuss.  Do we think that's fair to say from the
25  plaintiff's side?

```
1              MR. LICUL:  Yes.
2              THE COURT:  From your side, Mr. Kaplan?
3              MR. KAPLAN:  Yes.
4              THE COURT:  Mr. Dial?
5              MR. DIAL:  Yes, Your Honor.
6              THE COURT:  Okay.  Mr. Dial, I will just tell you,
7    your clients are going to have to move off of that position,
8    probably.  But that's not for me to say right now.
9              But I think it's a pretty interesting idea.  You know,
10   I don't know if either Judge Scott or Judge Hunt will be -- is
11   this a Fort Lauderdale case?
12             MR. KAPLAN:  Yes, Your Honor.
13             THE COURT:  Yeah, or Judge Hunt would be willing to do
14   that.  I mean, I'd kind of have to reach out to the two of
15   them.  So I can't guarantee that to you.
16             But let me do that.  Let me call the two of them and
17   ask them about it.  And if they are amenable to it, then I'll
18   enter an order requiring you to go do that, say in the next
19   30 days or so.
20             Does that work for the plaintiff?
21             MR. LICUL:  It does, Your Honor.
22             THE COURT:  For you, Mr. Kaplan?
23             MR. KAPLAN:  Yes.  I just would alert Your Honor that
24   we do have a dispositive motion deadline on July 20th.
25             THE COURT:  I got it.  And if I haven't yet ruled on
```

```
 1   the motion to dismiss by then, I'll just extend that deadline
 2   so you don't feel the time pressure.
 3             MR. KAPLAN:  Great.
 4             THE COURT:  Mr. Dial, does that time line work for
 5   you?
 6             MR. DIAL:  Yes, Your Honor.
 7             THE COURT:  Okay.  Let me go and do that.  I'll call
 8   the two of them today.  If they're amenable to it, then I'll
 9   enter an order later today.  Okay, folks?
10             Again, my apologies for keeping you waiting today.
11   It's nice to see you all.  And I appreciate you guys and your
12   efforts to try to bring this case to resolution.
13             Anything else from the plaintiff?
14             MR. LICUL:  No, Your Honor.  Thank you.
15             THE COURT:  From you, Mr. Dial?
16             MR. DIAL:  No, Your Honor.
17             THE COURT:  Mr. Kaplan?
18             MR. KAPLAN:  No, Your Honor.
19             THE COURT:  Do we want to let Mr. Crain speak on the
20   record or we're scared of what he might say?
21             MR. LICUL:  Not at all.  We're fine with Mr. Crain
22   speaking.
23             MR. CRAIN:  Thank you, Your Honor.  And nothing more
24   from me.
25             THE COURT:  Mr. Crain, I'm just going to have Fran
```

14

```
 1  frame that page of the transcript, and I'll send it over to
 2  your offices.
 3              All right, folks.  Take care.  Have a good day.
 4              MR. KAPLAN:  Thank you, Judge.
 5              MR. LICUL:  Thank you.
 6              (Proceedings concluded at 12:46 p.m.)
 7                            -  -  -  -  -
 8
 9
10
11
12
13
14
15
16
17
18                       C E R T I F I C A T E
19        I hereby certify that pursuant to Section 753,
20   Title 28, United States Code, the foregoing is a true and
21   correct transcript from the record of proceedings in the
22   above-entitled matter.
23
         /s/Francine C. Salopek                  7-4-2022
24   Francine C. Salopek, RMR-CRR                Date
     Official Court Reporter
25
```

| | A | Broward [1] 2/12 |
|---|---|---|
| MR. BURKE: [7] | Abbatt [1] 2/5 | bucks [2] 6/20 6/20 |
| MR. CRAIN: [1] 13/23 | ability [1] 6/6 | burden [3] 7/15 7/15 7/16 |
| MR. DIAL: [6] | above [1] 14/22 | Burke [5] |
| MR. KAPLAN: [20] | above-entitled [1] 14/22 | |
| MR. LICUL: [12] | accomplish [1] 4/15 | C |
| MR. Taseff: [7] | acted [1] 2/25 | calendar [3] 6/12 6/21 8/6 |
| THE COURT REPORTER: [1] 3/22 | add [2] 9/3 9/5 | call [6] |
| THE COURT: [52] | addresses [1] 2/20 | cause [1] 4/8 |
| THE LAW CLERK: [1] 6/20 | affected [1] 1/22 | certify [1] 14/19 |
| THE THE LAW CLERK: [1] 6/23 | affects [2] 1/24 4/24 | chilled [1] 2/6 |
| UNIDENTIFIED MAN: [1] 1/5 | afoul [1] 4/14 | chilling [1] 2/9 |
| | afternoon [5] | circuit [1] 4/6 |
| $ | agree [2] 2/15 3/16 | cities [1] 8/1 |
| $25 [1] 8/3 | agreement [1] 4/7 | City [2] 1/13 5/21 |
| $25 million [1] 8/3 | agrees [1] 7/5 | CIV [1] 1/4 |
| $500 [1] 8/2 | AL [1] 1/10 | claim [3] 2/3 2/16 2/22 |
| $500 million [1] 8/2 | alert [1] 12/23 | claims [1] 8/2 |
| | almost [1] 1/18 | clear [2] 7/6 11/5 |
| , | Altman [1] 1/17 | cleared [1] 6/4 |
| ,that [1] 4/11 | amenable [2] 12/17 13/8 | client [3] 8/3 9/17 11/3 |
| | Amendment [2] 8/2 7/14 | client's [1] 10/8 |
| / | announce [1] 1/8 | clients [4] 8/18 9/20 10/6 12/7 |
| /s/Francine [1] 14/23 | answer [2] 3/24 8/19 | close [2] 4/8 8/9 |
| | anyone's [1] 8/11 | Code [1] 14/20 |
| 1 | apologies [2] 3/9 13/10 | collect [1] 2/12 |
| 10003 [1] 2/3 | apologize [1] 8/14 | community [1] 9/20 |
| 12:20 [1] 1/2 | apologizing [1] 9/20 | companion [2] 5/20 6/10 |
| 12:30 p.m [1] 8/18 | apology [3] 6/9 6/21 10/10 | companions [1] 7/16 |
| 12:31 [2] 1/9 3/1 | APPEARANCES [1] 2/1 | computer [1] 1/25 |
| 12:46 [1] 14/6 | appetite [1] 11/23 | conception [1] 8/11 |
| 14th of [1] 6/21 | appreciate [2] 5/6 13/11 | concern [2] 6/5 10/20 |
| 1500 [1] 2/6 | arguments [1] 5/20 | concluded [1] 14/6 |
| | aspect [1] 3/8 | condo [1] 4/18 |
| 2 | assist [1] 3/8 | conduct [1] 2/7 |
| 2022 [4] 1/2 1/8 3/1 14/23 | association [1] 4/18 | conference [3] 1/16 3/11 5/1 |
| 207 [1] 2/12 | assume [1] 11/17 | constitutionality [1] 2/2 |
| 20th [1] 12/24 | assuming [1] 2/10 | construct [1] 11/15 |
| 21-61032-CIV-RKA [1] 1/4 | attorney [1] 9/23 | consuming [1] 7/17 |
| 24 [1] 4/3 | audio [1] 7/7 | contact [1] 2/24 |
| 24's [1] 4/14 | August [1] 6/22 | contemplates [1] 4/20 |
| 25 [1] 4/19 | authority [1] 2/18 | continuation [1] 4/21 |
| 28 [1] 14/20 | avenue [3] 2/13 2/3 2/5 | continued [1] 6/18 |
| 299 [1] 2/12 | Avery [2] 2/4 3/14 | continuing [3] 7/14 8/7 11/24 |
| | awkward [1] 5/3 | convenience [1] 7/22 |
| 3 | | counsel [3] 3/1 3/3 3/8 |
| 30 days [1] 12/19 | B | country [1] 6/11 |
| 301-3276 [1] 2/13 | Beach [2] 5/21 6/8 | County [1] 3/5 |
| 305 [1] 2/13 | beef [1] 6/13 | court [14] |
| 3050 [1] 2/9 | beginning [1] 7/1 | Court's [1] 6/16 |
| 3276 [1] 2/13 | beings [1] 7/16 | courtroom [2] 1/3 4/1 |
| 33131 [1] 2/9 | believe [4] 3/10 7/13 7/14 7/14 | courts [2] 2/19 4/6 |
| 33301 [1] 2/12 | bench [2] 7/24 8/5 | Crain [7] |
| 33394 [1] 2/6 | bigger [1] 11/11 | criminal [1] 7/9 |
| 3rd [1] 2/5 | Biscayne [1] 2/8 | CRR [2] 2/10 14/24 |
| | BLOCK [9] | cumbersome [1] 3/5 |
| 7 | Blvd [1] 2/12 | |
| 7-4-2022 [1] 14/23 | board [6] | D |
| 753 [1] 14/19 | Boulevard [1] 2/8 | damages [8] |
| | brainstorm [1] 4/15 | Date [1] 14/24 |
| 8 | break [1] 5/16 | DAVID [1] 1/10 |
| 85 [1] 2/3 | Brevard [1] 3/5 | dead [1] 2/4 |
| | bridge [2] 6/23 7/24 | deadline [6] |
| 9 | bridged [1] 11/11 | death [1] 5/24 |
| 90-day [2] 4/7 4/8 | | deceased [1] 4/10 |

**D**
declaration [1]  2/1
deep [1]  5/18
defamation [1]  7/2
defendant [3]  1/13 2/7 3/18
defendants [6]
defense [3]  1/11 5/20 8/3
deny [1]  5/1
described [1]  2/22
desire [1]  3/10
details [1]  4/9
devoted [1]  7/12
Dial [8]
Dial's [1]  10/6
died [1]  1/20
difference [1]  8/7
disappointed [2]  4/6 7/7
discovery [1]  8/8
discuss [2]  10/10 11/24
discussed [2]  6/14 4/21
dismiss [7]
dispositive [1]  12/24
dispute [1]  4/5
district [7]
DIVISION [1]  1/3
dollars [2]  4/17 8/9
Dolowich [1]  2/5
doubt [1]  4/22
dug [1]  5/18
dying [1]  4/1

**E**
echoing [1]  3/20
efficiency [1]  7/22
efforts [1]  13/12
Elon [1]  10/21
email [7]
emotional [1]  7/17
engaging [1]  2/7
enter [4]  7/14 8/7 12/18 13/9
entitled [2]  2/18 14/22
Esq [3]  2/2 2/4 2/7
establish [1]  2/23
estate [6]
ET [1]  1/10
event [2]  4/8 11/23
everybody [1]  1/15
evidence [1]  8/4
excuse [1]  4/20
exist [2]  4/17 5/4
expeditiously [1]  3/2
expensive [1]  7/17
extend [1]  13/1
extended [1]  4/7
extent [2]  3/4 7/24
eyes [1]  6/10

**F**
facing [1]  7/5
fact [3]  4/19 7/7 7/9
fairness [1]  10/12
familiarity [1]  3/6
families [1]  7/21
family [1]  2/24

favor [1]  11/14
federal [6]
feelings [1]  5/4
fees [2]  8/9 10/19
field [1]  4/12
Fifth [1]  2/3
filed [1]  5/23
fill [1]  2/11
fine [1]  13/21
finish [1]  5/14
firm [1]  4/7
fix [1]  6/23
flag [1]  5/7
Florida [6]
folks [3]  1/4 13/9 14/3
foregoing [1]  14/20
forgot [1]  8/23
formal [1]  4/25
Fort [4]  1/13 2/6 2/12 12/11
Fort Lauderdale [1]  12/11
frame [1]  14/1
Fran [1]  13/25
Francine [3]  2/10 14/23 14/24
frankly [1]  11/13
FREDERIC [1]  1/7
front [2]  4/25 10/20

**G**
game [3]  6/2 6/2 6/3
game 6 [1]  6/2
game 7 [2]  6/2 6/3
gap [2]  6/23 7/24
gaps [1]  11/11
Gerstin [3]  2/8 3/18 9/22
grant [1]  5/1
granted [1]  11/16
grateful [1]  6/12
great [6]
guarantee [1]  12/15

**H**
happy [2]  5/6 8/13
heads [1]  4/11
health [1]  6/5
hear [11]
heard [4]  5/19 7/6 10/22 11/22
hearing [1]  11/22
help [2]  4/13 8/14
helpful [1]  7/11
hereby [1]  14/19
hired [2]  8/20 8/23
honestly [1]  9/12
Honor [21]
Honorable [1]  1/17
hope [3]  3/9 7/4 7/24
horrible [1]  7/2
hospital [1]  6/2
hospitalized [1]  5/25
housing [1]  7/5
human [1]  7/16
hundred [1]  6/20
Hunt [2]  12/10 12/13

**I**
I'd [2]  9/17 12/14

I'll [12]
I'm [25]
I've [9]
idea [6]
identical [1]  8/2
illness [1]  7/6
impassed [1]  6/19
impression [1]  11/10
in the [1]  7/19
initiated [1]  2/23
injunction [1]  2/1
inoculated [1]  7/19
intend [1]  3/2
intent [1]  11/6
interchangeably [1]  7/21
invested [1]  3/11
issue [3]  2/21 5/7 7/25
issues [2]  7/5 7/18

**J**
James [1]  2/7
Jim [1]  3/17
job [5]
John [1]  3/5
judge [34]
Judge Block [5]
Judge Hunt [2]  12/10 12/13
Judge Scott [6]
judgment [8]
judicial [1]  3/12
judiciary [1]  4/4
July [1]  12/24
July 20th [1]  12/24
June [4]  1/2 6/23 1/8 3/1
June 9 [1]  1/2
jury [1]  3/8
justice [1]  8/12

**K**
Kaplan [9]
Kaplan's [1]  9/16
Kaufman [1]  2/5
keep [1]  1/17
keeping [2]  1/15 13/10
kinds [1]  7/2
knows [6]

**L**
Lauderdale [4]  1/13 2/6 2/12 12/11
laugh [1]  8/1
law [2]  2/17 3/6
lawyer [5]
lawyers [4]  1/22 4/11 7/15 11/23
lawyers' [2]  8/9 10/19
learn [1]  6/3
learned [2]  5/24 6/3
learning [1]  5/23
leave [2]  3/7 3/9
legal [1]  8/2
letter [4]  6/9 6/20 9/19 10/10
letting [1]  4/3
Licul [2]  2/2 3/4
life [1]  7/13
light [1]  7/4
lines [1]  4/20

**L**
litigant [1]  4/10
litigants [1]  3/25
litigate [1]  7/12
litigation [3]  4/11 7/16 8/10
LLP [3]  2/2 2/5 2/8
loud [1]  7/6

**M**
magistrate [5]
MATESIC [3]  1/10 2/5 3/15
matter [3]  6/1 6/18 14/22
McDonald [7]
McDonald's [1]  7/6
mean [11]
means [4]  6/1 6/25 7/25 7/25
meant [1]  8/4
mechanical [1]  1/24
mediation [2]  4/3 8/18
mediator [5]
medically [1]  6/4
mercy [1]  3/4
merits [1]  6/5
Messina [12]
Messina's [2]  5/2 5/24
MIAMI [3]  1/3 1/7 2/9
Michael [1]  1/12
Middle [1]  2/20
million [3]  8/2 8/3 8/9
misheard [1]  11/10
missing [1]  2/13
money [1]  6/7
month [1]  6/21
months [1]  8/8
morning [2]  1/10 6/3
motion [11]
move [1]  12/7
Mr [4]  2/14 5/20 6/24 7/11
Mr. [49]
Mr. Block [1]  4/16
Mr. Burke [3]  3/15 5/11 8/11
Mr. Crain [6]
Mr. Dial [6]
Mr. Dial's [1]  10/6
Mr. Gerstin [1]  9/22
Mr. Kaplan [6]
Mr. Kaplan's [1]  9/16
Mr. McDonald [5]
Mr. McDonald's [1]  7/6
Mr. Messina [9]
Mr. Messina's [2]  5/2 5/24
Mr. Taseff [7]
Musk [1]  10/21
mute [1]  2/3

**N**
near [1]  6/6
necessary [1]  3/11
nice [3]  8/14 3/11 13/11
ninety [1]  4/4
ninety-day [1]  4/4
nobody [2]  4/14 5/8
nodding [1]  4/11
note [1]  3/6

notice [1]  1/20
notify [1]  3/1
NY [1]  2/3

**O**
objection [1]  7/12
obliquely [1]  6/6
offended [1]  6/10
offices [1]  14/2
Official [2]  2/11 14/24
Oh [2]  5/23 8/23
open [1]  2/24
opinion [2]  2/20 4/6
opportunity [1]  9/18
opposing [1]  3/1
options [1]  4/22
order [8]
orders [1]  7/19
ordinance [1]  2/6
ordnances [1]  2/3
original [1]  8/20
outcome [2]  1/23 1/24
owed [1]  2/9

**P**
P.A [1]  2/2
p.m [5]
page [1]  14/1
participate [1]  10/9
parties [4]  4/8 4/21 7/16 8/14
parts [1]  5/18
party [4]  4/16 4/17 4/17 5/4
pedophile [1]  7/1
people [2]  7/19 8/1
Perhaps [1]  9/9
person [1]  2/5
perspective [1]  9/6
phase [1]  7/17
pick [1]  4/5
plaintiff [11]
plaintiff's [2]  6/18 11/25
plaintiffs [1]  1/9
plea [1]  3/7
plus [1]  7/6
point [4]  4/13 4/17 4/25 10/13
Pompano [2]  5/21 6/8
position [2]  10/8 12/7
posture [1]  5/22
precarious [1]  6/5
prejudging [1]  6/15
presence [1]  3/10
present [1]  8/4
presently [1]  10/12
presiding [1]  3/7
pressure [1]  13/2
prevail [1]  2/12
principle [2]  7/12 7/14
probate [4]  3/4 3/6 3/7 7/5
problem [4]  5/6 5/8 5/12 3/10
procedurally [1]  6/15
proceed [5]
proceedings [3]  1/24 14/6 14/21
process [4]  2/23 2/25 3/4 3/9
produced [1]  1/25
productive [1]  11/21

promptly [1]  2/25
proposing [1]  5/2
public [1]  7/13
publish [1]  5/14
pursuant [2]  2/16 14/19
push [1]  6/20
puts [1]  6/17

**Q**
quantify [2]  5/7 5/10
question [1]  3/23

**R**
raised [3]  7/18 5/21 5/22
raising [1]  8/1
ramp [1]  4/24
Ray [1]  1/9
reach [1]  12/14
read [1]  6/14
recommend [2]  9/17 11/4
record [4]  1/8 7/20 13/20 14/21
recorded [1]  1/24
recover [1]  7/4
referenced [1]  6/7
relaying [1]  6/14
released [1]  6/4
relief [1]  4/15
remaining [1]  4/21
remember [1]  5/13
remiss [1]  7/2
Reporter [3]  2/10 2/11 14/24
represent [1]  9/22
representative [4]  2/4 2/11 4/5 5/5
resolution [1]  13/12
resolve [3]  4/2 4/6 4/6
resources [1]  3/12
result [1]  2/9
rich [1]  10/20
rid [1]  8/19
RKA [1]  1/4
RMR [2]  2/10 14/24
RMR-CRR [1]  14/24
robe [1]  5/16
role [1]  4/10
room [2]  2/12 10/25
Roy [1]  1/17
rule [7]
Rule 24 [1]  4/3
Rule 24's [1]  4/14
Rule 25 [1]  4/19
ruled [4]  7/8 5/13 8/13 12/25
ruling [2]  4/16 5/3

**S**
Sadly [1]  6/3
Salopek [3]  2/10 14/23 14/24
saw [1]  6/2
scared [1]  13/20
Scott [7]
SE [1]  2/5
second [3]  3/22 5/24 9/17
Section [3]  4/20 4/20 14/19
seek [1]  2/21
sees [1]  5/8
send [2]  6/22 14/1

**S**

sending [1]  9/20
sends [1]  3/8
sense [5]
sentiment [1]  5/6
serious [1]  6/1
service [2]  6/11 7/13
setting [1]  6/14
settle [3]  4/10 4/18 8/6
settled [1]  8/4
settlement [3]  4/25 10/15 10/17
settling [2]  8/7 8/7
severe [1]  7/4
shoes [1]  4/9
shooting [1]  7/10
side [4]  6/2 11/17 11/25 12/2
sign [2]  9/14 9/19
silly [2]  3/25 4/1
situated [1]  2/5
situation [2]  6/5 7/5
situations [1]  3/7
six months [1]  8/8
slow [1]  3/5
soon [1]  6/16
South [1]  2/8
Southern [2]  2/19 1/2
specific [1]  4/9
spend [1]  6/15
starts [1]  7/9
state [1]  2/17
STATES [4]  1/1 1/18 2/11 14/20
status [4]  3/18 1/16 3/11 9/23
statute [1]  2/17
stenography [1]  1/24
step [2]  4/9 4/22
stops [1]  10/18
strictures [1]  4/15
stunned [1]  6/3
subject [1]  11/3
sufficient [1]  6/12
suggest [1]  7/20
suggested [1]  4/11
Suite [2]  2/6 2/9
summary [8]
Sunday [1]  5/24
super [1]  6/12
surprised [1]  4/7
survive [1]  5/17
survives [1]  2/16
survivor [1]  2/17
system [2]  7/7 7/18

**T**

take [8]
takes [1]  2/5
talk [2]  10/1 11/14
talking [6]
Taseff [10]
tell [3]  1/23 6/17 12/6
ten trillion [1]  4/17
terms [1]  6/16
Thank [5]
think [31]
thinks [1]  4/14

Thomas [1]  8/22
thought [6]
thoughts [1]  5/19
thousand [1]  6/20
throw [1]  9/7
Thursday [2]  1/2 2/15
time [14]
time-consuming [1]  7/17
times [1]  6/21
Title [1]  14/20
Tom [2]  8/24 9/1
ton [1]  6/15
tons [1]  6/24
track [1]  6/11
transcript [5]
transparent [2]  7/17 3/25
treat [1]  7/21
treated [2]  6/9 7/16
trial [8]
trials [2]  7/15 7/24
trillion [1]  4/17
trouble [1]  11/20
true [2]  5/25 14/20
Tuesday [1]  6/12

**U**

understand [5]
UNITED [4]  8/19 1/18 2/11 14/20
us [3]  3/8 6/17 8/18
useful [1]  5/2

**V**

Valdi [2]  2/2 3/4
value [1]  5/9
view [4]  3/15 7/5 7/23 10/13
virtually [1]  8/2
Voluck [1]  2/5

**W**

waiting [3]  1/16 8/15 13/10
we'd [1]  9/14
wearing [1]  5/16
week [3]  5/23 7/9 6/3
weekend [1]  5/24
weigh [1]  7/22
welcome [1]  9/17
When's [1]  6/19
whenever [1]  11/19
who's [4]  1/11 3/3 3/13 3/20
who've [1]  7/19
Wigdor [1]  2/2
willing [4]  9/19 9/21 11/12 12/13
win [3]  5/24 6/1 6/3
winner [1]  4/5
won [2]  5/23 6/2
wonderful [1]  11/13
words [1]  11/17
work [5]
worked [1]  8/19
working [2]  1/16 3/6
worth [1]  5/15
write [1]  11/18
writing [4]  1/19 4/24 5/14 7/7
written [1]  11/19
wrong [1]  4/4

**Y**

York [1]  2/3

**Z**

Zeena [1]  2/8
Zoom [2]  3/20 1/16