**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 21-61032-CIV-ALTMAN/Hunt

FREDERIC BLOCK,

      Plaintiff,

v.

DAVID MATESIC, CANDYCE ABBATT and
JOSHUA GERSTIN, in their individual capacities,

      Defendants.
_____/

**JOINT MOTION FOR ENLARGEMENT OF TIME**
**TO FILE NOTICE OF MEDIATOR SELECTION**

      Plaintiff, FREDERIC BLOCK, and Defendants, DAVID MATESIC, CANDYCE ABBATT, and JOSHUA GERSTIN, by and through their respective counsel, hereby file this Joint Motion for Enlargement of Time to File Notice of Mediator Selection, and in support thereof, state as follows:

      1.    On August 22, 2022, this Court entered its Order following the Status Conference held on August 19, 2022. [D.E. 96].

      2.    Pursuant to the Court's Order, the Parties are ordered to file a Joint Notice of Mediator Selection, which must include the name of their mediator and the date, time, and place of their mediation, by August 26, 2022. [D.E. 96].

      3.    Due to scheduling issues, which the Parties are collectively and diligently working on resolving, the Parties request a brief one-week extension, through and including September 2, 2022, to file the Notice of Mediator Selection.

CASE NO. 0:21-cv-61032-RKA

4. A Proposed Order pursuant to S.D. Fla. L. R. 7.1(a)(2) has been filed as Exhibit 1 and will be submitted via email as prescribed by the CM/ECF Administrative Procedures.

WHEREFORE, the Parties respectfully request that this Court enter an Order granting the Parties an enlargement of time, up through and including September 2, 2022, to file a Notice of Selection of Mediator, and for such other and further relief this Court deems just and proper.

Dated this 26th day of August 2022.

| **WIGDOR LLP** | **KAPLAN ZEENA LLP** |
|---|---|
| 85 Fifth Avenue | 2 South Biscayne Boulevard |
| New York, NY 10003 | Suite 3050 |
| Telephone: (212) 257-6800 | Miami, Florida 33131 |
| Facsimile: (212) 257-6845 | Telephone: (305) 530-0800 |
| *Attorneys for Plaintiff* | Facsimile: (305) 530-0801 |
|  | *Attorneys for Defendant Joshua Gerstin* |

By:   */s/ John Crain*
    Douglas H. Wigdor
    (admitted *pro hac vice*)
    dwigdor@wigdorlaw.com
    Valdi Licul
    (admitted *pro hac vice*)
    vlicul@wigdorlaw.com
    John S. Crain
    (admitted *pro hac vice*)
    jcrain@wigdorlaw.com

By:   */s/ James Kaplan*
    James M. Kaplan
    Florida Bar No.:921040
    james.kaplan@kaplanzeena.com
    elizabeth.salom@kaplanzeena.com
    service@kaplanzeena.com
    Maria Kimijima
    Florida Bar No.: 115504
    maria.kimijima@kaplanzeena.com
    maria.escobales@kaplanzeena.com

**KAUFMAN DOLOWICH & VOLUCK, LLP**
100 SE 3rd Avenue, Suite 1500
Fort Lauderdale, Florida 33394
Telephone: (954) 302-2360
*Attorneys for Defendants, David Matesic and Candyce Abbatt*

By:   */s/ Avery Dial*
    Avery A. Dial
    Florida Bar No. 732036
    adial@kdvlaw.com

CASE NO. 0:21-cv-61032-RKA

## **<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that on August 26, 2022, a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel of record.

                By:    <u>/s/ *James M. Kaplan*</u>
                          JAMES M. KAPLAN