UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

---------------------------------------------------------------X
FREDERIC BLOCK,                                            :
                                                           :
                              Plaintiff,         :   Civil Action No.: 21-cv-61032 (RKA)
                                                           :
        v.                                                :
                                                           :
DAVID MATESIC, CANDYCE ABBATT and                          :
JOSHUA GERSTIN, in their individual capacities,            :
                                                           :
                              Defendants.        :
---------------------------------------------------------------X

## MOTION TO SET A SCHEDULE FOR SUMMARY JUDGMENT BRIEFING

Plaintiff Frederic Block ("Plaintiff") hereby files this Motion to Set a Schedule for Summary Judgment Briefing, and in support thereof, state as follows:

1. The Parties have now completed all discovery.

2. On August 18, 2022, all parties agreed to a mediation with Hon. Shira Scheindlin of the United States District Court, Southern District of New York (Ret.).

3. On August 19, 2022, the Parties appeared at a status conference before the Court. Defendants agreed to withdraw their Second Motion to Dismiss, and all parties agreed that they would proceed to the mediation with Judge Scheindlin.

4. The Parties also agreed that, should the matter not be resolved through a mediation, they would proceed to briefing summary judgment motions. The Court directed that the parties file a notice of mediator selection by August 26, 2022, which was later extended to September 2, 2022.

5. On Thursday, August 25, 2022, shortly before the Parties were to file a notice of mediator selection with the Court, Defendants David Matesic ("Matesic") and Candyce Abbatt ("Abbatt") withdrew their agreement to mediate with Judge Scheindlin.

6.	On August 31, 2022, Defendants Matesic and Abbatt confirmed that they do not consent to mediate before Judge Scheindlin.

7.	A mediation being unsuccessful, Plaintiff therefore requests that the Court set a schedule for summary judgment briefing as follows: Defendants' Motion to be filed on or before October 21, 2022; Plaintiff's opposition to be filed November 18, 2022; any reply to be filed by December 9, 2022.

WHEREFORE, the Parties respectfully request that this Court grant this Motion and schedule briefing on a summary judgment motion, and grant any further relief this Court deems just and proper.

Dated: September 2, 2022
      Fort Lauderdale, Florida

Respectfully submitted,

**THE LAW OFFICES OF
JOSEPH R. FAZIO, P.A.**

By:   */s/ Joseph R. Fazio, III*
      Joseph R. Fazio, III
      (Bar No. 0005983)

633 South Andrews Avenue
Fort Lauderdale, FL 33301
Telephone: (954) 463-0585
Facsimile: (954) 767-9461
jfazio@jfaziolaw.com

**WIGDOR LLP**

Douglas H. Wigdor
(admitted *pro hac vice*)
Valdi Licul
(admitted *pro hac vice*)
John S. Crain
(admitted *pro hac vice*)

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
dwigdor@wigdorlaw.com
vlicul@wigdorlaw.com
jcrain@wigdorlaw.com

*Counsel for Plaintiff Frederic Block*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was filed through CM/ECF this 2nd day of September 2022, and thereby was served upon counsel of record.

                */s/ Joseph R. Fazio, III*
                Joseph R. Fazio, III