UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-61032-CIV-ALTMAN/Hunt

FREDERIC BLOCK,

        Plaintiff,

v.

DAVID MATESIC, CANDYCE ABBATT and
JOSHUA GERSTIN, in their individual capacities,

        Defendants.
_____/

## DEFENDANTS' JOINT MOTION FOR RELIEF FROM JANUARY 18, 2023 DEADLINE FOR ALL PRE-TRIAL MOTIONS

Defendants, DAVID MATESIC, CANDYCE ABBATT, and JOSHUA GERSTIN (collectively "Defendants"), by and through their respective counsel, hereby file their Joint Motion for Relief from the January 18, 2023 Deadline for All Pre-Trial Motions, and in support thereof, state as follows:

1. On September 7, 2022, this Court denied Plaintiff's Motion to Set a Schedule for Summary Judgment Briefing [D.E. 104] and granted in part and denied in part Defendants' Motion for a Hearing or Ruling on their Joint Motion to Dismiss [D.E. 65]. *See* D.E. 105-106.

2. On October 4, 2022, the Court held a hearing to consider the Parties' positions on a briefing schedule [D.E. 108]. At the hearing, the Court ordered the Defendants to re-file their Joint Motion to Dismiss for briefing and overruled Plaintiff's objection to proceed directly to summary judgment.

3. On October 7, 2022, in accordance with the Court's ruling, Defendants filed their Joint Motion to Dismiss Plaintiff's Second Amended Complaint and Incorporated Memorandum

of Law [D.E. 110]. Plaintiff subsequently filed his Memorandum of Law in Opposition [D.E. 112] and Defendants filed their Joint Reply Memorandum of Law in Further Support [D.E. 115].

4. At this time, the Defendants' Joint Motion to Dismiss is fully briefed and ripe for ruling.

5. On October 17, 2022, this Court entered an Amended Scheduling Order [D.E. 111].

6. Pursuant to the Amended Scheduling Order, the Parties were ordered to complete mediation and file a mediation report by January 10, 2023 and to file all pre-trial motions, including motions for summary judgment and *Daubert* motions, by January 18, 2023 [D.E. 111].

7. On January 6, 2023, Plaintiff, in agreement with Defendants, filed a Motion for Relief from Mediation Deadline seeking suspension of the mediation deadline until the resolution of Defendants' Joint Motion to Dismiss and any motion(s) for summary judgment [D.E. 116].

8. At this time, the Joint Motion to Dismiss remains pending before this Court and is ripe for ruling. Defendants have not yet filed their respective Answers and have not yet asserted their respective Affirmative Defenses to Plaintiff's Second Amended Complaint. Until such time as those events transpire, summary judgment motions cannot properly be litigated.

9. Nevertheless, the January 18, 2023 dispositive motion deadline remains – a deadline which the Defendants cannot accommodate through no fault of their own.

10. Accordingly, Defendants respectfully seek relief from the January 18, 2023 deadline and ask that this deadline be postponed until sixty (60) days after the Joint Motion to Dismiss is resolved by Order of this Court.

11. The undersigned has conferred with Plaintiff's counsel, who does not agree to the relief sought by this Motion.

KAPLAN ZEENA LLP
2 South Biscayne Boulevard, Suite 3050, Miami, Florida 33131
Tel: (305) 530-0800 Fax: (305) 530-0801

CASE NO. 0:21-cv-61032-RKA

WHEREFORE, Defendants, , DAVID MATESIC, CANDYCE ABBATT, and JOSHUA GERSTIN, respectfully request that this Court grant this Motion and order relief from the January 18, 2023 deadline, and any further relief this Court deems just and proper.

### CERTIFICATE OF GOOD FAITH CONFERENCE

In accordance with S.D. Fla. L. R. 7.1(a)(3), **I HEREBY CERTIFY** that on January 9, 2023, I conferred with Plaintiff's counsel, who does not agree to the relief sought by this Motion.

/s/ *James M. Kaplan*
JAMES M. KAPLAN

Dated this 10th day of January 2023.

| **KAUFMAN DOLOWICH & VOLUCK, LLP** | **KAPLAN ZEENA LLP** |
|---|---|
| 100 SE 3rd Avenue, Suite 1500 | 2 South Biscayne Boulevard |
| Fort Lauderdale, Florida 33394 | Suite 3050 |
| Telephone: (954) 302-2360 | Miami, Florida 33131 |
| Facsimile: (888) 464-7982 | Telephone: (305) 530-0800 |
| *Attorneys for Defendants David Matesic and Candyce Abbatt* | Facsimile: (305) 530-0801 |
| | *Attorneys for Defendant Joshua Gerstin* |
| By: /s/ *Avery A. Dial* | By: /s/ *James M. Kaplan* |
| **Avery A. Dial, Esq.** | JAMES M. KAPLAN |
| Florida Bar No.: 732036 | Florida Bar No.:921040 |
| adial@kdvlaw.com | james.kaplan@kaplanzeena.com |
| | elizabeth.salom@kaplanzeena.com |
| | service@kaplanzeena.com |
| | MARIA KIMIJIMA |
| | Florida Bar No.: 115504 |
| | maria.kimijima@kaplanzeena.com |
| | maria.escobales@kaplanzeena.com |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10th day of January 2023, a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel of record.

By:   /s/ *James M. Kaplan*
JAMES M. KAPLAN

- 3 -