**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

-----------------------------------------------------------------X
FREDERIC BLOCK,                                                  :
                                                                 :
                        Plaintiff,                                   :   Civil Action No.: 21-cv-61032 (RKA)
                                                                 :
        v.                                                     :
                                                                 :
DAVID MATESIC, CANDYCE ABBATT and                                :
JOSHUA GERSTIN, in their individual capacities,                  :
                                                                 :
                        Defendants.                                  :
-----------------------------------------------------------------X

## MOTION TO LIFT THE COURT'S STAY, EXPEDITIOUSLY DECIDE THE MOTION TO DISMISS AND, IN THE CASE ON DENYING THE MOTION TO DISMISS, RE-ESTABLISH A FALL TRIAL DATE

      Plaintiff Frederic Block ("Plaintiff"), on the attached declaration, hereby files this Motion to (1) to lift the Court's stay of March 28, 2023, which it rendered "for administrative purposes pending [the Court's] resolution of the Motion to Dismiss (Dkt. No. 110)"; (2) to expeditiously decide the defendants' pending Motion to Dismiss; and (3) to reestablish a trial date in the fall if the Motion to Dismiss is denied, in consideration of Plaintiff's age and health.

      WHEREFORE, Plaintiff respectfully request that this Court grant this Motion and grant any further relief this Court deems just and proper.

### CERTIFICATE OF GOOD FAITH CONFERENCE

      In accordance with S.D. Fla. L. R. 7.1(a)(3), **I HEREBY CERTIFY** that on May 9, 2023, I conferred with Defendants' counsel in a good faith effort to resolve the issues raised in this Motion, but was unable to do so, as Defendants oppose the relief requested herein.

Dated: May 9, 2023  
      Fort Lauderdale, Florida

Respectfully submitted,

**THE LAW OFFICES OF**
**JOSEPH R. FAZIO, P.A.**

By:   */s/ Joseph R. Fazio, III*
      Joseph R. Fazio, III
      (Bar No. 0005983)

633 South Andrews Avenue
Fort Lauderdale, FL 33301
Telephone: (954) 463-0585
Facsimile: (954) 767-9461
jfazio@jfaziolaw.com

**WIGDOR LLP**

Douglas H. Wigdor
(admitted *pro hac vice*)
Valdi Licul
(admitted *pro hac vice*)
John S. Crain
(admitted *pro hac vice*)

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
dwigdor@wigdorlaw.com
vlicul@wigdorlaw.com
jcrain@wigdorlaw.com

*Counsel for Plaintiff Frederic Block*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was filed through CM/ECF this 9 day of May 2023, and thereby was served upon counsel of record.

        */s/ Joseph R. Fazio, III*
        Joseph R. Fazio, III