UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

---------------------------------------------------------------X
FREDERIC BLOCK,                                            :
                                                           :
                              Plaintiff,        :        Civil Action No.: 21-cv-61032 (RKA)
                                                           :
           v.                                               :
                                                           :
DAVID MATESIC, CANDYCE ABBATT and                          :
JOSHUA GERSTIN, in their individual capacities,            :
                                                           :
                            Defendants.      :
---------------------------------------------------------------X

## [PROPOSED] SCHEDULING REPORT

The Parties, after having conferred, hereby file this proposed Scheduling Report in accordance with this Court's June 16, 2023 Order (Dkt. No. 131), and state as follows:

       1.      <u>Mediation.</u> The Parties agree that no further mediation is warranted in this case, as they have already attempted mediation twice in good faith and have been unable to reach a resolution.

       2.      Although Defendant Gerstin has advised Plaintiff's counsel of the anticipated filing of his Third-Party Complaint in this matter, and Defendants Matesic and Abbatt have advised of the anticipated filing of their respective Counterclaims, the Parties are unable to agree to the remaining proposed deadlines.

**<u>Plaintiff's Proposed Deadlines.</u>**

       3.      Plaintiff proposes that trial should be held either the week of October 23, 2023 or October 30, 2023 with motions *in limine* to be submitted no later than two (2) weeks before the date set for commencement of trial.

       4.      Plaintiff proposes that the Parties file dispositive motions, if any, by August 4, 2023.

**Defendants' Proposed Deadlines.**

    5.    Defendants propose the following pre-trial deadlines:

        a.    <u>Time to Add New Parties and Discovery</u>. The Parties shall file all motions to amend pleadings or to join or add parties by no later than July 10, 2023. All discovery, including expert discovery, shall be completed within ninety (90) days thereafter.

        b.    <u>Dispositive Motions</u>. The Parties shall file all pre-trial and dispositive motions, including motions for summary judgment and *Daubert* motions, by October 19, 2023.

        c.    <u>Trial</u>. Defendants propose that trial should be held either the week of February 19, 2024 or February 26, 2024, with any motions *in limine* to be filed no later than thirty (30) days before the date set for commencement of trial. The Parties shall submit a joint pre-trial stipulation, exhibit lists, witness lists, deposition designations, and proposed jury instructions and verdict form or proposed findings of fact and conclusions of law, as applicable, no later than two (2) weeks before the date set for commencement of trial.

Dated: June 23, 2023

Respectfully Submitted,

| | |
|---|---|
| **WIGDOR LLP** <br> 85 Fifth Avenue <br> New York, NY 10003 <br> Telephone: (212) 257-6800 <br> Facsimile: (212) 257-6845 <br> *Counsel for Plaintiff Frederic Block* <br><br> By: */s/ John Crain* <br> Douglas H. Wigdor <br> (admitted *pro hac vice*) <br> dwigdor@wigdorlaw.com <br> Valdi Licul <br> (admitted *pro hac vice*) <br> vlicul@wigdorlaw.com <br> John S. Crain <br> (admitted *pro hac vice*) <br> jcrain@wigdorlaw.com | **KAPLAN ZEENA LLP** <br> 2 South Biscayne Boulevard <br> Suite 3050 <br> Miami, Florida 33131 <br> Telephone: (305) 530-0800 <br> Facsimile: (305) 530-0801 <br> *Attorneys for Defendant Joshua Gerstin* <br><br> By: */s/ James M. Kaplan* <br> JAMES M. KAPLAN <br> Florida Bar No.: 921040 <br> james.kaplan@kaplanzeena.com <br> elizabeth.salom@kaplanzeena.com <br> service@kaplanzeena.com <br> MARIA KIMIJIMA <br> Florida Bar No.: 115504 <br> maria.kimijima@kaplanzeena.com <br> maria.escobales@kaplanzeena.com <br><br> **KAUFMAN DOLOWICH & VOLUCK, LLP** <br> 100 SE 3rd Avenue, Suite 1500 <br> Fort Lauderdale, Florida 33394 <br> Telephone: (954) 302-2360 <br> Facsimile: (888) 464-7982 <br> *Attorneys for Defendants David Matesic and Candyce Abbatt* <br><br> By: */s/ Avery A. Dial* <br> Avery A. Dial, Esq. <br> Florida Bar No.: 732036 <br> adial@kdvlaw.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 23, 2023, a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel of record.

By: */s/ James M. Kaplan*
     JAMES M. KAPLAN