**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
-----------------------------------------------------------------X

FREDERIC BLOCK,                          :
                                         :
                          Plaintiff,     :       Civil Action No.: 21-cv-61032 (RKA)
                                         :
          v.                             :
                                         :
DAVID MATESIC, CANDYCE ABBATT and        :       **SUPPLEMENTAL BRIEF**
JOSHUA GERSTIN, in their individual capacities,   :
                                         :
                          Defendants.    :
   -----------------------------------------------------------------X

We represent Plaintiff Frederic Block in this action and write in response to the Court's

April 18, 2025 Order directing each party to submit a supplemental brief on three issues

discussed below.

Question 1: Whether the Plaintiff is a "public official" under Sullivan and its progeny

(including case law from any jurisdiction determining or discussing whether judges, especially

federal judges, are public officials).

Answer: Plaintiff agrees that he is a "public official" under Sullivan and its progeny.

Question 2: Whether we should analyze Plaintiff's status as a "public official" under

Florida (or some other) law.

Answer: The Court should analyze Plaintiff's status as a "public official" under federal

law. See Rosenblatt v. Baer, 383 U.S. 75, 84 (1966) ("Turning, then, to the question whether

respondent was a 'public official' within New York Times we reject at the outset [the]

suggestion that it should be answered by reference to state-law standards.").

Question 3: Whether, as a public official, the Plaintiff must show actual malice, even

though the allegedly defamatory statements didn't concern his official conduct.

1

Answer: Plaintiff agrees that as a public official he must show that Defendants acted with actual malice.[1]

Dated: April 22, 2025                           Respectfully submitted,
      Fort Lauderdale, Florida

                                           */s/ Joseph R. Fazio, III*
                                           Joseph R. Fazio, III

**THE LAW OFFICES OF**
**JOSEPH R. FAZIO, P.A.**

633 South Andrews Avenue
Fort Lauderdale, FL 33301
Telephone: (954) 463-0585
Facsimile:  (954) 767-9461
jfazio@jfaziolaw.com

**WIGDOR LLP**

Valdi Licul
(admitted *pro hac vice*)
John S. Crain
(admitted *pro hac vice*)
85 Fifth Avenue
New York, NY 10003

Telephone: (212) 257-6800
Facsimile: (212) 257-6845
vlicul@wigdorlaw.com
jcrain@wigdorlaw.com

*Counsel for Plaintiff-Counterclaim Defendant*

---

[1]     In accordance with the Court's Order, Plaintiff has not briefed any other issue. He would, however, welcome the opportunity to provide additional briefing on actual malice in light of the Court's Order.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing was filed through

CM/ECF this 22nd day of April 2025, and thereby was served upon counsel of record.

*/s/ Joseph R. Fazio, III*
Joseph R. Fazio, III
