UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

-------------------------------------------------------------X
FREDERIC BLOCK,                                              :
                                                             :
                               Plaintiff,  :    Civil Action No.: 21-cv-61032 (RKA)
                                                             :
        v.                                                  :
                                                             :
DAVID MATESIC, CANDYCE ABBATT and                            :
JOSHUA GERSTIN, in their individual capacities,              :
                                                             :
                             Defendants.  :
-------------------------------------------------------------X

## MOTION FOR PARTIAL RECONSIDERATION

Plaintiff Frederic Block ("Plaintiff"), on the attached declaration and exhibits affixed thereto, and the Declaration of Valdi Licul, hereby files this Motion to grant partial reconsideration of the Court's June 30, 2025 Amended Omnibus Order on Motion for Summary Judgment (Dkt. No. 279) and permit Plaintiff to proceed to trial on his claim that Defendants defamed him by accusing him of publishing "incorrect statements and facts" concerning the renovation project.

WHEREFORE, Plaintiff respectfully requests that this Court grant this Motion and grant any further relief this Court deems just and proper.

### CERTIFICATE OF GOOD FAITH CONFERENCE

In accordance with S.D. Fla. L. R. 7.1(a)(3), **I HEREBY CERTIFY** that on July 11, 2025, Plaintiff's counsel conferred with Defendants' counsel in a good faith effort to resolve the issues raised in this Motion, but was unable to do so, as Defendants oppose the relief requested herein.

| | |
|---|---|
| Dated: July 14, 2025<br>Fort Lauderdale, Florida | Respectfully submitted,<br><br>**THE LAW OFFICES OF**<br>**JOSEPH R. FAZIO, P.A.**<br><br>By:   */s/ Joseph R. Fazio, III*<br>          Joseph R. Fazio, III<br>          (Bar No. 0005983)<br><br>633 South Andrews Avenue<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 463-0585<br>Facsimile:  (954) 767-9461<br>jfazio@jfaziolaw.com<br><br>**WIGDOR LLP**<br><br>Douglas H. Wigdor<br>(admitted *pro hac vice*)<br>Valdi Licul<br>(admitted *pro hac vice*)<br>John S. Crain<br>(admitted *pro hac vice*)<br><br>85 Fifth Avenue<br>New York, NY 10003<br>Telephone: (212) 257-6800<br>Facsimile: (212) 257-6845<br>dwigdor@wigdorlaw.com<br>vlicul@wigdorlaw.com<br>jcrain@wigdorlaw.com<br><br>*Counsel for Plaintiff Frederic Block* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing was filed through CM/ECF this 14th day of July 2025, and thereby was served upon counsel of record.

          */s/ Joseph R. Fazio, III*
                    Joseph R. Fazio, III